**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01195-CR

**APRIL SHONTEL FRANKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-89041-2017**

## ORDER

Before the Court is appellant's March 18, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **April 18, 2019**. If appellant's brief is not filed by April 18, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
         JUSTICE